UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------X

UNITED STATES OF AMERICA,                CRIM. NO. No. 22-348

v.

RENE VILLEGAS-ESPINOSA

-----------------------------------------------------X

**ORDER REGARDING USE OF VIDEOCONFERENCING/TELECONFERENCING FOR FELONY PLEA AND/OR SENTENCING**

In accordance with the operative COVID-19 standing orders, this Court finds:

That the Defendant has consented to the use of video teleconferencing to conduct the proceedings held today after consultation with counsel; and

That the proceeding to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons: This matter has been pending since defendant's arrest in December 2019. Defendant wishes to resolve this matter in the interests of planning and preparing for his and his family's future.

Accordingly, the proceeding held on this date may be conducted by:

Video Teleconferencing


Dated: May 17, 2022


_____
Honorable Susan D. Wigenton
United States District Judge